# CHARLESTON

CENTRAL TRUST COMPANY *v.* GERALDINE R. GREEN *et al.*
(C. C. 330.)

Submitted February 11, 1925.    Decided February 17, 1925.

APPEAL AND ERROR—*After Adjudication of Principles of Cause, Ruling on Demurrer Cannot Be Reviewed on Certificate.*

Where the principles of a cause are adjudicated, this Court has no jurisdiction to review the ruling upon the demurrer on certificate, under Section 1, Chapter 135, Code.

Case certified from Circuit Court, Kanawha County.

Suit by the Central Trust Company against Geraldine R. Green and others. From a decree of the court of common pleas an appeal was taken to the circuit court, in which the decree appealed from was affirmed, and the court certified for review its action on demurrer to amended bill.

*Dismissed.*

*Poffenbarger, Blue & Dayton,* for plaintiff.
*Byrne, Littlepage & Lynn,* for defendants.

WOODS, JUDGE:

This cause is improperly here on certificate from the Circuit Court of Kanawha County. The record shows that the cause was heard by the Court of Common Pleas of Kanawha County, on the bill, amended bill, demurrer thereto, and certain answers, and that the court on consideration thereof entered a decree adjudicating the principles of the cause. On appeal to the Circuit Court, the decree of the lower court was affirmed, and in the same order the court certified for review its action on the demurrer, under section 1 of chapter 135, Code. The principles of the cause having been finally adjudicated, both by the Common Pleas Court and the Circuit on appeal, the questions arising thereunder can only be brought here on appeal. This Court has no jurisdiction to determine the questions certified. *Heater* v. *Lloyd,* 85 W. Va. 570; *Gas Company* v. *Shreve,* 90 W. Va. 277; *Marks* v. *Mitchell,* 90 W. Va. 702; and *Lee* v. *City of Elkins,* 97 W. Va. 183, 124 S. E. 499.

*Dismissed.*